UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JAMES MONTGOMERY,<br><br>          Plaintiff,<br><br>vs.<br><br>DR. ENCHENDU, et al.,<br><br>          Defendants. | Case No. CV 07-3247-GW (JWJ)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.

IT IS ORDERED that a Judgment be issued dismissing the action without prejudice.

Each party to bear its own costs.

///

///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the plaintiff and counsel for defendants.

DATED: June 13, 2008

GEORGE H. WU
United States District Judge