FILED
CLERK, U.S. DISTRICT COURT
JUN 13 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| JAMES MONTGOMERY,<br>　　　　Plaintiff,<br>　vs.<br>DR. ENCHENDU, et al.,<br>　　　　Defendants. | Case No. CV 07-3247-GW (JWJ)<br><br>JUDGMENT |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

IT IS ADJUDGED that Judgment be entered dismissing the entire action without prejudice.

DATED: June 13, 2008

_____
GEORGE H. WU
United States District Judge